MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2718





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEVON WHARTON,

                Plaintiff,

       v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND
ORDER OF TRANSFER

07 Civ. 7314 (JSR)

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C § 1447(b) and 28 U.S.C. § 1631.

Dated: New York, New York
       August ___, 2007

THE ROSENTHAL LAW FIRM, P.C.
Attorneys for Plaintiff

By: _____
DOUGLAS ROSENTHAL
350 Broadway, Suite 214
New York, NY 10016
Tel. No.: (212) 625-8300

Dated: New York, New York
       August 28, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE    9-12-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-07